# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Amner Israel Lopez-Hernandez,            Civil No. 15-2941 (DWF/JJK)

           Plaintiff,

v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

Department of Homeland Security (D.H.S.), Department of Immigration Customs Enforcement (I.C.E.), United States Attorney General, Chief Operator of the Detention Operation Manual, All the Warden of the Jail and Detention Centers contracted by I.C.E., All the Service Processing Centers (SPCs), All the Contract Detention Facilities (CDFs), All the Intergovernmental Service Agreement Facilities (IGSA),

           Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 28, 2015. (Doc. No. 5.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

# ORDER

1.  Magistrate Judge Jefferey J. Keyes' September 28, 2015 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

2.  This matter is **TRANSFERRED** to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1406.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  November 6, 2015         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge